**Sherrie A. WILLIAMS, Appellant,**

v.

**Officer Ann PADDEN, in her official and individual capacity; Officer Rebecca Kopp, in her official and individual capacity; Officer Todd Shermer, in his official and individual capacity; Duluth Police Department; City of Duluth, Appellees.**

**No. 09–1491.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Dec. 17, 2009.

Filed: Dec. 22, 2009.

Before BYE, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

Sherrie Williams appeals the district court's[1] adverse grant of summary judgment in this civil action. Having carefully reviewed the record, *see Johnson v. Blaukat*, 453 F.3d 1108, 1112 (8th Cir.2006), we conclude that summary judgment was properly granted. Accordingly, we affirm. *See* 8th Cir. R. 47B.

1. The Honorable Patrick J. Schiltz, United States District Judge for the District of Minne-